IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-3129-BO

| | |
|---|---|
| JONATHAN JAMES NEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JA'BARRI DAVIS, et al., ) | |
| ) | |
| Defendants. ) | |

On February 8, 2024, the court held a pretrial conference. Counsel for defendants stated the parties had reopened settlement negotiations. The court ALLOWS the parties until February 20, 2024, to work out a settlement of the action. If the parties do not reach settlement by this deadline, the court will enter a separate order detailing how the case will proceed.

SO ORDERED, this ___ day of February, 2024.

TERRENCE W. BOYLE
United States District Judge