IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:21-CT-03129-BO

| | | |
|---|---|---|
| JONATHAN JAMES NEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | REPONSE TO ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JA'BARRI DAVIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants Ja'Barri Davis, Samantha R. Downey, Kimberly A. Harris and Antoine J. Singleton (" Defendants"), by and through undersigned counsel Responding to the Court's Order entered on February 8, 2024 [D.E. 70]

1. On February 8, 2024, the Court held a pretrial conference. After the pretrial conference, undersigned was able to meet with Defendant and discuss possible settlement of this matter.

2. Based on the settlement discussions that occurred after the pre-trial conference Plaintiff Griffin was unclear regarding what he wanted to do with the case or how he wanted to resolve the matter.

3. Undersigned has attempted to resolve the matter with Plaintiff but does not know Plaintiff's position because he has not made it clear during their discussions.

4. Undersigned is leaving employment with the North Carolina Department of Justice and another attorney will soon be substituting into this case who may have better results in settlement negotiations.

Respectfully submitted this the 16th day of February 2024.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/ Bryan G. Nichols
Bryan G. Nichols
Special Deputy Attorney General
Attorney for Defendants
N.C. State Bar No. 42008
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6568
Fax: (919) 716-6761
E-mail: bnichols@ncdoj.gov

**********************************

## CERTIFICATE OF SERVICE

I, Bryan G. Nichols, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system, and further certify that I have served the foregoing document upon the Plaintiff, a non-CM/ECF participant via regular United States Mail, first-class, postage prepaid addressed as follows:

Jonathan James Newell
(OPUS No. 0788137)
Nash Correctional Institution
P. O. Box 600
Nashville, NC  27856

2

*Pro Se Plaintiff*

This the 16th day of February, 2024.

/s/ Bryan G. Nichols
Bryan G. Nichols
Special Deputy Attorney General