FILED: July 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6553
(5:21-ct-03129-BO)

_____

JONATHAN JAMES NEWELL

  Plaintiff - Appellant

 and

ROY G. DAVIDSON; ANTOINE JERROD WATKINS

  Plaintiffs

v.

JA'BARRI DAVIS, Correctional Officer; A. SINGLETON, Correctional Officer; SGT. JANE DOE DOWNEY; KIMBERLY HARRIS, Unit Manager of Granville Dorm

  Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with <u>Fed. R. App. P. 41</u>.

              /s/ NWAMAKA ANOWI, CLERK