IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-3129-BO

JONATHAN JAMES NEWELL,            )
                                  )
            Plaintiff,            )
                                  )
        v.                        )        **ORDER**
                                  )
JA'BARRI DAVIS, et al.,           )
                                  )
            Defendants.           )

On May 12, 2021, Jonathan James Newell ("Newell"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1, 8]. On November 24, 2021, Newell filed an amended complaint as directed by the court. See [D.E. 24, 25]. On May 17, 2024, defendants filed a motion for summary judgment [D.E. 85–88]. Pursuant to Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam), the court notified Newell about defendants' motion for summary judgment, the consequences of failing to respond, and the response deadline [D.E. 90]. On June 5, 2024, the court granted Newell's motion for extension of time to file a response in opposition to defendants' motion for summary judgment and directed defendants to resend Newell a copy of their motion for summary judgment [D.E. 92]. On June 7, 2024, defendants filed a certificate of service stating that they resent Newell a copy of their motions [D.E. 96]. On June 6, 2024, Newell filed a notice of interlocutory appeal concerning the court's order reopening the case scheduling order and allowing further dispositive motions to be filed [D.E. 93]. Newell also moved to stay proceedings pending appeal. See id. On July 10, 2024, the court denied Newell's motion to stay proceedings pending appeal and granted Newell a second extension of time to file a response in opposition to defendants' motion for summary judgment [D.E. 98]. On July 25, 2024,

Newell objected to the court's July 10, 2024, order [D.E. 99]. On July 30, 2024, the United States Court of Appeals for the Fourth Circuit dismissed Newell's appeal. See Newell v. Davidson, No. 24-6553, 2024 WL 3580131, at *1 (4th Cir. July 30, 2024) (per curiam) (unpublished).

The court ALLOWS plaintiff one final opportunity to file a response in opposition to defendants' motion for summary judgment. Plaintiff shall file his response on or before August 16, 2024. **There will be no further extensions of this deadline.**

SO ORDERED, this **31** day of July, 2024.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge